# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ZEIGLER TREE & TIMBER, INC.

VERSUS

OLD RIVER OF NEW ORLEANS, LLC

NO.    2021 CW 0171

**APRIL 26, 2021**

---

In Re:    Zeigler Tree & Timber, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-10147.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT